536 A.2d 796

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Allen G. WASHINGTON, Respondent.

Supreme Court of Pennsylvania.

Jan. 28, 1988.

## ORDER

PER CURIAM.

AND NOW, this 28th day of January, 1988, the petition for allowance of appeal is granted. The order of Superior Court is vacated, *see Commonwealth v. Samuels*, 516 Pa. 300, 532 A.2d 404 (1987), and the case remanded to Superior Court for consideration of any issues not resolved in Respondent Washington's appeal.